motion, duly verified, stating that he no longer desires to prosecute the appeal and requesting that the same be dismissed. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## CHADWICK v. STATE.
### No. 22523.

Court of Criminal Appeals of Texas.

May 19, 1943.

## ROE v. STATE.
### No. 22499.

Court of Criminal Appeals of Texas.

May 12, 1943.

Aubrey Norris, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for robbery with firearms. The punishment assessed is confinement in the state penitentiary for a period of nine years.

Since the filing of the record in this court, the appellant has presented a written

Leroy Neal, of Gladewater, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment being two years in the penitentiary. The indictment charges the offense. No statement of facts or bill of exception is in the record. Nothing is presented for review.

The judgment is affirmed.